**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re Application of

TIANRUI (INTERNATIONAL) HOLDING
COMPANY LIMITED,

Applicant.

Case No. 19-mc-00545-JMF

## ORDER CONCERNING BRIEFING SCHEDULE FOR TIANRUI INTERNATIONAL HOLDING COMPANY LIMITED'S AMENDED APPLICATION FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782

Upon consideration of the ~~March 12, 2020 submission~~ submissions of China Shanshui Cement Group

Limited ("**CSC**") regarding the proposed next steps in the above-captioned miscellaneous

proceeding (the "**Section 1782 Proceeding**"), and upon consideration of the ~~March 13, 2020~~

~~submission~~ submissions of Tianrui (International) Holding Company Limited (the "**Applicant**") regarding the

same, IT IS HEREBY ORDERED THAT:

A.      Paragraph 1 of this Court's order of January 6, 2020 (the "**January 6 Order**"

(Dkt. No. 46)) is amended so that the CSC's forthcoming objection to the Applicant's

forthcoming amended application (the "**Amended Application**") for discovery pursuant to 28

U.S.C. § 1782 and cross-motion to quash the subpoenas that the Applicant seeks to serve in

connection with its Amended Application (the "**CSC Motion(s)**"), along with any papers in

support thereof, shall be due on the later of (i) 30 days after the Grand Court of the Cayman

Islands, Financial Services Division (the "**Grand Court**") issues an order effectuating its

decision concerning CSC's August 2019 motion seeking, *inter alia*, to strike out the legal

proceeding involving the Applicant and CSC pending before the Grand Court identified as cause number FSD 161 of 2018; or (ii) 35 days after this Court issues an order granting or denying the Applicant's forthcoming motion for leave to file the Amended Application.

B.    Paragraph 2 of the January 6 Order is amended so that the Applicant's papers in opposition to the CSC Motion(s) shall be due 14 days after the CSC Motion(s) are due.

C.    Paragraph 3 of the January 6 Order is amended so that any reply papers in further support of the CSC Motion(s) shall be due 14 days after the Applicant's papers in opposition to the CSC Motion(s) are due.

D.    Paragraphs 5-6 of the January 6 order are deleted in full.

E.    The January 6 Order, including those paragraphs referred to herein, otherwise remains in full force and effect except as specifically modified by this order.

F.    This Court's order of February 7, 2020 (Dkt. No. 48) is superseded by the instant order.

New York, New York
Dated: March 13, 2020

HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE

If the Grand Court has not ruled within 60 days of this Order, the parties shall confer and submit a joint letter, no later than 7 days later, addressing whether the schedule should be modified. Further, the parties shall alert the Court within 3 days of any ruling by the Grand Court.