UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                  :

IN RE APPLICATION OF TIANRUI               :         19-MC-545 (JMF)
(INTERNATIONAL) HOLDING COMPANY LIMITED :
FOR AN ORDER SEEKING DISCOVERY         :         **SCHEDULING ORDER**
PURSUANT TO 28 U.S.C. § 1782                 :

                                                                  :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       As discussed during today's telephone conference, the motion to intervene filed by China National Building Materials Limited ("CNBM") is GRANTED as unopposed. The Clerk of Court is directed to update the docket and terminate ECF No. 79.

       It is further ORDERED that CNBM shall file any opposition to the petition for discovery filed by Tianrui (International) Holding Company Limited ("Tianrui") or motion to quash the subpoenas, together with a single consolidated memorandum of law, no later than **June 26, 2020**. No later than **July 17, 2020**, Tianrui shall file, also as a single consolidated memorandum of law, any opposition to the submissions of CNBM and China Shanshui Cement Group Limited ("CSC"). CNBM and CSC shall file any replies no later than **July 31, 2020**.

SO ORDERED.

Dated: June 3, 2020
       New York, New York

                                                          _____
                                                             JESSE M. FURMAN
                                                             United States District Judge